UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH TROMBLEY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS INC.,<br><br>Defendant. | Civil Action No.: 15-cv-13597 (NMG) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Sarah Trombley hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the defendant National Credit Systems, Inc.

Date: 2/15/16

*[signature]*
Sarah Trombley
16 Forest St. #41
Cambridge, MA 02140